IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES JOSEPH WATHEN,** | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | ) CIVIL NO. 06-cv-4014-JPG |
| vs. | ) |
| | ) CRIMINAL NO. 02-cr-40053 |
| **UNITED STATES of AMERICA ,** | ) |
| | ) |
| Respondent/Plaintiff. | ) |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

<u>May 8, 2006</u>　　　　　　　　　　By:　**<u>s/ J. Phil Gilbert</u>**
*Date*　　　　　　　　　　　　　　　　*District Judge*